# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

CATHERINE ROGERS,                                    Civil No. 06-385 (JRT/AJB)

      Plaintiff,

v.                                                                                  **ORDER**

MICHAEL J. ASTRUE,

      Defendant.

---

Ethel J. Schaen, **SCHAEN LAW OFFICE**, 1821 University Avenue South, Suite 344, St Paul, MN 55104; Thomas A. Krause, **THOMAS A KRAUSE, PC**, 701 Thirty Fourth Place, West Des Moines, IA 50265, for plaintiff.

Lonnie F. Bryan, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for defendant.

Based upon the Report and Recommendation by United States Magistrate Judge Arthur J. Boylan dated June 18, 2007, with all the files and records, and no objections having been filed to said Recommendation,

**THE COURT HEREBY ORDERS** that

1. Roger's Petition for Attorney Fees and Costs [Docket No. 21] is **granted**; and

2. Attorney fees in the amount of $3,731.94 is awarded; and

3. Costs in the amount of $250.00 is awarded (for a total of $3,981.94).

DATED:  July 11, 2007                                      s/John R. Tunheim
at Minneapolis, Minnesota.                         JOHN R. TUNHEIM
                                                                United States District Judge